IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**INFINITE ENERGY, INC.,**

 Plaintiff,

vs.            CASE NO. 1:07CV23-SPM/AK

**THAI HENG CHANG,**

 Defendant.

_____/

## O R D E R

Plaintiff moves for an extension of time to disclose its expert witnesses through January 31, 2008. (Doc. 89). Defendant has not responded to Plaintiff's good faith efforts to confer regarding his opposition (or not) to this motion, but the Court finds that the current deadlines militate in favor of the extension regardless of Defendant's position on the issue. Therefore, Plaintiff's motion (doc. 89) is **GRANTED**, and the deadline for disclosing its experts is extended through **January 31, 2008.** Defendant's deadline for disclosing experts is extended concomitantly through **February 29, 2008.** Plaintiff indicates that it is moving to extend discovery deadlines and the Court will await these proposals before determining what other deadlines should be extended. The trial is presently scheduled for June 2, 2008, so there is ample time for adjusting the current schedule to maintain the present trial date.

  **DONE AND ORDERED** this __29th__ day of November, 2007.

            *s/ A. KORNBLUM*
            **ALLAN KORNBLUM**
            **UNITED STATES MAGISTRATE JUDGE**