IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**INFINITE ENERGY, INC.,**

    **Plaintiff,**

**vs.**                                             **CASE NO. 1:07CV23-SPM/AK**

**THAI HENG CHANG,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action are the following motions: (1) Plaintiff's Motion to Extend Discovery Deadline (doc. 92); and (2) Defendant's Motion for Enlargement of Time within which to Respond to Plaintiff's First Interrogatories and Request for Production of Documents. (Doc. 94). Responses to both motions have been filed (docs. 95 and 96), and the motions are now ripe for decision.

The Court finds that Plaintiff's motion should be granted, but not to the extent requested. The Court is aware that there have been a number of delays that have impeded discovery, but it does not find it necessary to extend the deadline four months at this time. Consequently, the Court will extend the deadline two months. If more delays create the need for more discovery time, it will likely require that the trial date be rescheduled and the parties will need to seek such relief from the District Judge and be

prepared at that time to explain the nature and cause of the delays and perhaps face sanctions if the cause is the result of obstructive or uncooperative behavior by one or more parties.

Defendant does not explain how much additional time is needed to respond to the discovery propounded, so the Court will direct that the responses be made within twenty days of this date. This should allow Plaintiffs ample time to meet its deadline for its expert disclosures which is January 31, 2008. Defendant will not be granted another extension of time for this purpose, and he should be prompt in meeting the extension herein granted.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion to Extend Discovery (doc. 92) is **GRANTED**, but not to the extent requested. The discovery deadline shall be extended through **March 14, 2008.**

2. Defendant's Motion for Enlargement of Time to respond to discovery (doc. 94) is **GRANTED**, and he shall respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents on or before **December 31, 2007.**

**DONE AND ORDERED** this  *12th*  day of December, 2007.

                      *s/ A, KORNBLUM*
                      **ALLAN KORNBLUM**
                      **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv23-spm/ak**