IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY, INC.,
a Florida corporation,

       Plaintiff,

vs.                                        CASE NO.: 1:07-CV-023-SPM

THAI HENG "HANK" CHANG,

       Defendant.

_____/

## ORDER EXTENDING TRIAL AND PRETRIAL DEADLINES

**THIS CAUSE** comes before the Court upon the "Plaintiff's Motion for Extension of Discovery Period and Supporting Memorandum" (doc. 159) and Defendant's response in opposition (doc. 164).  As grounds, Plaintiff states that difficulties associated with the search of a large computer network and ongoing discovery disputes which are in the process of being resolved have necessitated the need for more time to complete the discovery process.  Defendant disagrees and argues that the delay in the completion of discovery is the fault of Plaintiff and that Plaintiff should not benefit from their dilatory tactics.

       In an effort to have all relevant issues properly presented before this Court, I find that the request for an extension to be appropriate.  However, a lesser extension is more reasonable.  Also, the extension of the discovery

deadline necessitates the extension of other pretrial and trial deadlines.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The motion for extension (doc. 159) is hereby *granted in part*.

2. All discovery shall be completed on or before *August 15, 2008*.

3. All dispositive motions shall be filed on or before *September 15, 2008*.

4. The joint mediation report shall be filed on or before *October 6, 2008*.

5. The jury trial date shall be reset for *December 1, 2008*.

6. Plaintiff's Motion for Leave to File Reply Memorandum (doc. 165) is hereby *denied*.

**DONE AND ORDERED** this <u>tenth</u> day of June, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge