# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**INFINITE ENERGY, INC.,**

    **Plaintiff,**

**vs.**                                         **CASE NO. 1:07CV23-SPM/AK**

**THAI HENG CHANG,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion to Seal Exhibit A to Plaintiff's Emergency Motion for Extension of Discovery Period. (Doc. 198). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and **the Clerk shall place exhibit A under seal**.

Also, Plaintiff has filed an Emergency Motion regarding an extension of the discovery deadline, (doc. 195), but does not indicate the Defendant's position on it; therefore, no action will be taken on the motion until Defendant responds. The Court notes that the motion does not include a request to extend any other deadlines, which would result in the discovery period closing after the deadline for the filing of dispositive motions and mediation. The jury trial remains scheduled for December 1, 2008.

**DONE AND ORDERED** this  **19**[th]  day of August, 2008.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**