IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**INFINITE ENERGY, INC.,**

    Plaintiff,

vs.                                                    CASE NO. 1:07CV23-SPM/AK

**THAI HENG CHANG,**

    Defendant.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Emergency Motion for Extension of Discovery Period (doc. 195), which Defendant initially opposed (doc. 200), but now agrees with. (Doc. 204). In light of said agreement, the Court is of the opinion that Plaintiff's Motion for Leave to file a reply (doc. 201) is unnecessary.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion for extension of discovery (doc. 195) is **GRANTED**, and the deadline for completion of discovery is hereby extended through **October 14, 2008.**

2. Plaintiff's Motion for leave to file a reply (doc. 201) is **DENIED**.

**DONE AND ORDERED** this _**26th**_ day of August, 2008.

                                              _s/ A. KORNBLUM_
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**