IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY, INC.,
a Florida corporation,

       Plaintiff,

vs.                                            CASE NO.: 1:07-CV-023-SPM
THAI HENG "HANK" CHANG,

       Defendant.
_____/

## ORDER GRANTING LEAVE TO AMEND AFFIRMATIVE DEFENSES

THIS CAUSE comes before the Court upon the Plaintiff's "Motion to Amend Affirmative Defenses" (doc. 177). Pursuant to Federal Rule of Civil Procedure 15(a), it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's motion for leave to amend (doc. 177) is hereby **granted**.

2. Plaintiff's amended affirmative defenses (doc. 179) is hereby accepted as timely filed.

3. Defendant's Motion to Strike Affirmative Defenses (doc. 175) is hereby **denied as moot**.

4. In accordance with Local Rule 7.1(B) and in the spirit of the conference required by Rule 26(f), _both_ parties shall make _good faith attempts_ to resolve all pretrial issues or disputes amongst

themselves without needlessly involving the Court.

DONE AND ORDERED this twelfth day of September, 2008.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge