IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

INFINITE ENERGY, INC.,

    Plaintiff,

vs.

THAI HENG "HANK" CHANG,

    Defendant.
_____/

THAI HENG "HANK" CHANG,

    Counter-Plaintiff,

v.

INFINITE ENERGY, INC.,

    Counter-Defendant.
_____/

CASE NO.: 1:07-CV-023-SPM

## ORDER GRANTING MOTION TO WITHDRAW

Upon consideration, the motion (doc. 235) to allow Stan Cushman to withdraw as counsel for Defendant is *granted*. Pursuant to his representation that he has complied with Local Rule 11(F)(1) and given all persons ten days' notice of his intent to withdraw, Stan Cushman is permitted to withdraw and is relieved from further responsibility as counsel for Defendant in this case.

DONE AND ORDERED this <u>thirtieth</u> day of October, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge